UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PATRICK C. NOVAK,

      Plaintiff,

      v.                                                Civil No. 06-414-JPG

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

## **JUDGMENT**

    This matter having come before the Court and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Patrick C. Novak and against defendant Jo Anne B. Barnhart, Commissioner of Social Security, that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security is reversed and that this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.

                                                              **NORBERT JAWORSKI**

**Date: August 15, 2006**                                        s/Brenda K. Lowe

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**